# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Mark Stephen Hicks,

    Plaintiff,

        v.                        Case No.   1:15cv110

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on November 21, 2016 (Doc. 24).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 24) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 24) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for Attorney Fees (Doc. 23) is **GRANTED IN PART**; Plaintiff's counsel should be awarded additional attorney's fees in the amount of $1,875.00 under 42 U.S.C. § 406(b), representing $4,000.00 under that statute, less the $2,125.00 previously awarded for the same work under the EAJA.

    **IT IS SO ORDERED.**

                                          */s/ Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge